[No. 2400.   Decided February 5, 1897.]

HENRY BASH et al., *Appellants*, v. CHARLES EISENBEIS et al.,
*Respondents*.

Appeal from Superior Court, Jefferson County.—Hon. R. A.
BALLINGER, Judge.   Appeal dismissed.

*George H. Jones*, for appellants.

*Per Curiam.*—The appellants move *ex parte* to dismiss their appeal
herein.   The respondents not having appeared, and the time for
filing their brief having long since expired, the motion will be en-
tertained without notice to them.

It appearing that the notice of appeal was served on the 27th day
of January, 1896, and filed on the 29th day of said month, and that
the bond on appeal was not filed until the 15th day of February,
1896, the motion to dismiss is granted, with costs against the appel-
lants but not against the sureties upon the appeal bond.   *Allen v.
Catlin*, 9 Wash. 603 (38 Pac. 79); *Grunewald v. West Coast Grocery
Co.*, 11 Wash. 478 (39 Pac. 964); *Columbia, etc., Ry. Co. v. Braillard,*
12 Wash. 22 (40 Pac. 382).

[No. 2429.   Decided February 6, 1897.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED BUHMANN,
*Appellant*.

Appeal from Superior Court, Whitman County.—Hon. E. H.
SULLIVAN, Judge.   Affirmed.

*Neill & Bull*, for appellant.

*Per Curiam.*—The defendant was convicted of assault and battery
and has appealed, alleging as error the refusal of the court to grant
his motion for a new trial, based upon certain matters shown by
affidavits submitted by him.   Counter affidavits were submitted by
the state, and there is nothing to indicate that the court abused its
discretion in denying the motion.

Affirmed.